Stanley D. Saltzman, Esq. (SBN 90058)
Joel M. Gordon, Esq. (SBN 280721)
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
jgordon@marlinsaltzman.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIVE LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.; and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 2:22-cv-02453-ODW (RAOx)**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOEL M. GORDON IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY DATED APRIL 15, 2022** |

I, Joel M. Gordon, state and declare as follows:

1. I am an attorney admitted and licensed to practice in all courts in the state of California and before this Court. The matters stated herein are known to me based upon my own personal knowledge, except as otherwise stated. I am an associate with Marlin & Saltzman, LLP, counsel for Plaintiff and the putative Class in this matter.

2. Prior to filing the complaint in this matter, I submitted the statutorily required Consumer Legal Remedies Act notice on August 7, 2021 to Defendant. *See* California Civil Code, Section 1750, *et seq*.

3. On January 28, 2022, I engaged in an early mediation with Defendant's counsel, which proved unsuccessful in resolving the dispute described in the complaint.

4. No other facts have been verified by Defendant, and, after the parties were unable to resolve the case at the early mediation, I filed the present Complaint on behalf of the Plaintiff and putative class on April 15, 2022.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 29th day of April, 2022 at Agoura Hills, California.

                                                 s/ Joel M. Gordon
                                                Joel M. Gordon